Janet M. Herold
Regional Solicitor
Daniel J. Chasek
Associate Regional Solicitor
Natalie Nardecchia, Trial Attorney (CSBN #246486)
Office of the Solicitor
United States Department of Labor
350 So. Figueroa St., Suite 370
Los Angeles, California 90071
Direct:      (213) 894-3284
Facsimile: (213) 894-2064
Email: Nardecchia.Natalie@dol.gov

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| THOMAS E. PEREZ,<br>   Secretary of Labor,<br>   United States Department of Labor,<br><br>            Plaintiff,<br><br>   v.<br><br>VIHARAS GROUP INC. dba<br>DOUBLETREE SUITES BY HILTON,<br>an Arizona corporation; ASHOK<br>KUMAR PATEL, an individual.<br><br>            Defendants. | Case No.<br><br>**COMPLAINT FOR VIOLATIONS<br>OF THE FAIR LABOR<br>STANDARDS ACT** |

Plaintiff, Thomas E. Perez, Secretary of Labor, United States Department of Labor ("Plaintiff" or the "Secretary"), brings this action to enjoin Defendants Viharas Group Inc. dba Doubletree Suites by Hilton, an Arizona corporation, and Ashok Kumar Patel, an individual (collectively "Defendants"), from violating the provisions of Sections 7, 11 and 15 of the Fair Labor Standards Act of 1938, as amended (29 U.S.C. §§ 201, et seq.) (hereinafter called "FLSA" or the "Act"),

pursuant to Section 17 of the Act; and to recover unpaid compensation owing to Defendants' employees, pursuant to Section 16(c) of the Act.

## I

Jurisdiction of this action is conferred upon the Court by Sections 16(c) and 17 of the Act and 28 U.S.C. § 1345.

## II

a. Defendant Viharas Group Inc. dba Doubletree Suites by Hilton is and at all times hereinafter mentioned was a corporation with an office and a place of business at 7051 S. Tucson Blvd., Tucson, Arizona 85756, within the jurisdiction of this Court, and is, and at all times hereinafter mentioned, was engaged in the operation of a hotel.

b. Defendant Ashok Kumar Patel, an individual, resides within the jurisdiction of this Court, and at all times hereinafter mentioned acted directly or indirectly in the interest of the corporate Defendant, Viharas Group Inc. dba Doubletree Suites by Hilton, in relation to its employees.

## III

Defendant Viharas Group Inc. dba Doubletree Suites by Hilton is and at all times hereinafter mentioned was engaged in related activities performed through unified operation or common control for a common business purpose, and is and at all times hereinafter mentioned was an enterprise within the meaning of Section 3(r) of the Act.

## IV

Defendant Viharas Group Inc. dba Doubletree Suites by Hilton at all times hereinafter mentioned was an enterprise engaged in commerce or in the production of goods for commerce within the meaning of Sections 3(s)(1)(A) the Act in that said enterprise at all times hereinafter mentioned had employees engaged in commerce or in the production of goods for commerce, or employees handling, selling, or otherwise working on goods or materials that have been moved in or

produced for commerce by any person and in that said enterprise has and has had an annual gross volume of sales made or business done of not less than $500,000.00.

## V

Defendants violated the provisions of Sections 7 and 15(a)(2) of the Act, by employing employees who in workweeks were engaged in commerce or in the production of goods for commerce, or who were employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, as aforesaid, for workweeks longer than forty hours without compensating said employees for their employment in excess of forty hours per week during such workweeks at rates not less than one and one-half times the regular rate at which they were employed.

## VI

Defendants violated the provisions of Sections 11(c) and 15(a)(5) of the Act in that they failed to make, keep, and preserve adequate and accurate records of employees and the wages, hours and other conditions and practices of employment maintained by them as prescribed by regulations duly issued pursuant to authority granted in the Act and found in 29 C.F.R. Part 516.

## VII

During the period from December 1, 2009 through November 30, 2012, Defendants violated the above-described provisions of the FLSA.

Judgment permanently enjoining and restraining such violations of the FLSA is specifically authorized by Section 17 of the FLSA, 29 U.S.C. § 217.

WHEREFORE, cause having been shown, the Secretary prays for a judgment against Defendants as follows:

a. For an Order pursuant to Section 17 of the Act, permanently enjoining and restraining Defendants, their officers, agents, servants, employees, and those

1    persons in active concert or participation with them from prospectively
2    violating the provisions of Section 15 of the Act; and
3    b. For an Order:
4        i. pursuant to Section 16(c) of the Act finding Defendants liable for unpaid overtime compensation due Defendants' employees and for liquidated damages equal in amount to the unpaid compensation found due Defendants' employees listed in the attached Exhibit A (additional back wages and liquidated damages may be owed to certain employees presently unknown to Plaintiff for the period covered by this Complaint) and that such unpaid overtime compensation and liquidated damages be paid from the assets of Defendants; or in the event liquidated damages are not awarded;
       ii. pursuant to Section 17 of the Act enjoining and restraining Defendants, their officers, agents, servants, employees and those persons in active concert or participation with Defendants, from withholding payment of unpaid back wages found to be due Defendants' employees and pre-judgment interest computed at the underpayment rate established by the Secretary of Treasury pursuant to 26 U.S.C. § 6621 and that such withholding of payments be enjoined and restrained from the assets of Defendants;
   c. For an Order awarding Plaintiff the costs of this action; and

///
///
///
///
///

   d. For an Order granting such other and further relief as the Court deems to be necessary or appropriate.

Dated: October 24, 2013

               M. PATRICIA SMITH
Solicitor of Labor

JANET M. HEROLD
Regional Solicitor

DANIEL J. CHASEK
Associate Regional Solicitor

   /s/ *Natalie Nardecchia*
NATALIE NARDECCHIA
Trial Attorney

UNITED STATES
DEPARTMENT OF LABOR
Attorneys for Plaintiff

**COMPLAINT**